UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATCHA, LLC,<br><br>  Plaintiff,<br><br>   v.<br><br>LANDMARK TECHNOLOGY LLC,<br><br>  Defendant. | Case No. 16-cv-04831-WHO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 14 |

Plaintiff Tatcha, LLC, filed this action for declaratory judgment of invalidity and non-infringement of two patents: U.S. Patent Nos. 6,289,319 ("the '319 Patent") and 7,010,508 ("the '508 Patent"). Dkt. No. 1. Defendant Landmark Technology LLC filed a motion to dismiss or, in the alternative, to transfer venue under 28 U.S.C § 1404(a) to the Southern District of California. Dkt. No. 14. Plaintiff then filed an Amended Complaint, dropping its claims related to the '508 Patent. Dkt. No. 15. Defendant acknowledges that its motion to dismiss focused mostly on the '508 Patent claims and is now moot. Dkt. No. 16. However, plaintiff has not filed a response to the motion to transfer venue, which was due November 4, 2016.

Plaintiff is ORDERED TO SHOW CAUSE why its response has not been filed. Plaintiff shall respond to this Order by filing an opposition or non-opposition to the motion to transfer venue on or before **November 23, 2016**. Defendant's reply (if any) must be filed on or before **December 2, 2016**. The December 7, 2016 hearing on this matter is rescheduled for **January 4, 2017**, at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: November 16, 2016

WILLIAM H. ORRICK
United States District Judge